United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIOGENEX LABORATORIES,<br><br>        Plaintiff,<br><br>v.<br><br>INTERSCIENCE DIAGNOSTIC LABS,<br><br>        Defendant. | Case No. 21-cv-00854-KAW<br><br>**ORDER TO SHOW CAUSE; CONTINUING CASE MANAGEMENT CONFERENCE** |

This case was set for a case management conference on April 5, 2022, with the update joint case management conference statement due by March 25, 2022. (*See* Dkt. No. 41.) After the parties failed to file their joint case management conference statement, the Court ordered the parties to file the statement by March 30, 2022 at 4:00 p.m. (Dkt. No. 42.) The Court warned that failure to file the case management conference statement "may result in the CMC being continued and an order to show cause being issued to explain why the court should not impose sanctions sua sponte for failure to comply with the filing deadline." (*Id.*) The Court also observed that this was the third time the parties had failed to timely file their case management conference statement. (*See* Dkt. Nos. 29, 35.)

To date, the parties have not filed their joint case management conference statement. Accordingly, the Court ORDERS the parties to show cause, by **April 7, 2022**, why they should not be sanctioned for failing to comply with the Court's order.

///

///

///

///

The Court CONTINUES the case management conference to **May 17, 2022** at **1:30 p.m.** The updated joint case management conference statement is due by **May 10, 2022**.

IT IS SO ORDERED.

Dated: March 31, 2022

_____
KANDIS A. WESTMORE
United States Magistrate Judge